IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS AUSTIN HOYLE

        **Plaintiff,**

   v.

PATRICK A. CROZIER, et al.

        **Defendants.**

CIVIL ACTION NO. 22-3049

## ORDER

**AND NOW,** this 16th day of October 2024, upon consideration of the Motions to Strike and Dismiss Plaintiff's Second Amended Complaint by Defendants Patrick A. Crozier and James McIntosh, Sean Johnson, and David Tyler, and Plaintiff's response thereto, it is hereby **ORDERED** that the Motions to Dismiss [Doc. Nos. 50, 52, 53] are **GRANTED**. Plaintiff's Second Amended Complaint is **STRICKEN** and **DISMISSED** with prejudice.

The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  /s/ Cynthia M. Rufe

                                                  **CYNTHIA M. RUFE, J.**